AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
APR 30 2024
AT_____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Rudee Urey,<br><br>Defendant | )<br>)<br>)  Case No.  8:24-MJ- 216  ( GLF )<br>)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of April 25, 2024, in the county of Clinton in the Northern District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant, an alien, native and citizen of Liberia, who has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, thereafter entered and was found in the United States without having received the express consent of the Attorney General of the United States, or his successor, the Secretary of Homeland Security, for the defendant's reapplication for admission to the United States. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Alex J. Espinoza, Border Patrol Agent
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: April 30, 2024

_____
*Judge's signature*

City and State: Plattsburgh, NY

Hon. Gary L. Favro, U.S. Magistrate Judge
*Printed name and title*

*United States of America v.* UREY, Rudee

On April 25, 2024, United States Border Patrol Agents were conducting line watch operations in the Champlain Border Patrol Station's area of responsibility. At approximately 7:30 a.m., Swanton Sector Radio dispatch notified Champlain Agents of a citizen report of a suspicious male in the area of 735 Eddy Road in Mooers Forks, New York. Agents responded to the area and located a person, later identified as UREY, Rudee (DOB: 11/27/1980), standing on the porch of 735 Eddy Road, which is a private residence located approximately within half a mile of the U.S.-Canadian border.

The Agent approached UREY and identified himself as a United States Border Patrol Agent and conducted an immigration inspection. UREY falsely stated his name was "Chris Wah" and gave a date of birth of January 16, 1984, which was later determined to be false. UREY claimed he was born at the University Hospital in Philadelphia. The agent contacted Swanton Sector Radio dispatch and requested records on the name and date of birth given by UREY. No results were found from the records checks.

The Agent again asked where UREY was born, and UREY now claimed he was born in Liberia and that he was a citizen of the United States but could not remember when he became a naturalized citizen. UREY made other contradictory statements during his conversation with the Agent, including about why he was on the porch of the 735 Eddy Road residence and where he was going. At one point, UREY said that he was waiting there for his sister, but later he said he was waiting for his brother. At another point, UREY said that he was friends with the homeowner and had been staying there, but later he said that only his sister knew the homeowner. Due to UREY's initial deceptive statements and his location near the border, he was detained pending biometric records checks at the Champlain Border Patrol Station. The homeowner confirmed, when interviewed, that UREY had knocked on his door but that he did not know UREY and that UREY had not been staying there.

At the station, UREY's biographical information and fingerprints were entered into Department of Homeland Security databases, and he was identified as Rudee UREY. Record checks revealed that UREY did not have any immigration documentation that would allow him to be within the United States legally. Record checks further revealed UREY had been previously ordered removed from the United States. Specifically, on June 1, 2011, UREY was issued a final order of removal from the United States by an Immigration Judge. On November 8, 2023, UREY was fingerprinted and positively identified in Canada.

UREY was issued his *Miranda* warnings, and he indicated that he did not wish to speak further with law enforcement without his lawyer present. No further questions were asked.

A search of relevant immigration records confirmed that UREY has not sought or obtained the express permission of the Attorney General, or his successor, the secretary of Homeland Security, to return to the United States following his previous removal in 2011.